


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 1:07mj00122 DLB |
| Plaintiff, | ) | Case No. CR-07-88-E-BLW |
| | ) | |
| v. | ) | **ORDER FOR SUBSTITUTION** |
| | ) | **$100,000 U.S. CURRENCY IN LIEU** |
| SALVADOR RAZO-MELENDES, | ) | **OF PROPERTY BOND** |
| | ) | |
| Defendant. | ) | |
| | ) | |

BASED on the *Motion to Withdraw Objection to Owner's Motion to Substitute $100,000.00 U.S. Currency In Lieu of Property Bond Forfeiture*, filed by Evaristo Carrera, Jr. and Mar Carrera, and the *Notice of Joinder* (Docket No. 258) filed by the Government, and with good cause appearing,

IT IS HEREBY ORDERED that Eavristo Carrera, Jr.'s and Mar Carrera's Motion to Substitute $100,000 U.S. Currency in Lieu of Property Bond Forfeiture (Docket No. 185) is GRANTED, the parties' Motion to Withdraw Objection to Motion to Substitute (Docket No. 254) is GRANTED, and the Government's Motion for Entry of Default Judgment (Docket No. 165) is MOOT.

IT IS FURTHER HEREBY ORDERED that the Property Bond currently held on the real property of owners, Evaristo Carrera Jr. and Mar Carrera, located at 1101 and 1107 Sam Ave., Modesto, CA, 95351, be released in lieu of the one hundred thousand dollars ($100,000.00) U.S. Currency received from Owners.

DATED: **May 14, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court